UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                    CRIMINAL NO. 2:26-cr-00012

**JOSE ALFREDO CRUZ-PEREZ**

### GOVERNMENT'S SENTENCING MEMORANDUM

Comes now the United States of America, by Jonathan T. Storage, Assistant United States Attorney for the Southern District of West Virginia and submits this Sentencing Memorandum in aid of sentencing.

### I. SENTENCING FACTORS

The United States offers the following analysis relating to the application of the sentencing factors enumerated in 18 U.S.C. § 3553(a). As discussed below, the government requests that the Court impose a sentence of "time served," which is within the applicable United States Sentencing Guidelines range.

#### A. History and Characteristics of the Offender

The defendant is a 22-year-old Mexican national. At the time of his arrest in this case, the defendant stated that he had been living in West Virginia for 3.5 years and had been working at the Rio Grande Mexican Restaurant in Nitro, West Virginia, during the entirety of that timeframe.

No other information about the defendant's history and characteristics are known, as the defendant waived providing a pre-sentence interview.

### B. Nature and Circumstances of the Offense

On January 16, 2026, federal officers executed federal search warrants in Nitro, West Virginia: one was executed at the Rio Grande Mexican Restaurant, and the other was executed at a residence on Hillside Drive, which is behind the restaurant.

During the warrant execution operation, officers encountered the defendant, who had used a counterfeit Form I-551 ("Green Card") and counterfeit Social Security card to obtain employment. The counterfeit documents were recorded as part of the restaurant's Form I-9 certification for the defendant.

### C. Seriousness of Offense, Deterrence, and Community Protection

Congress has made it a felony offense to knowingly use a counterfeit identity document for the purpose of obtaining employment. The defendant admitted to federal officers that he had purchased a counterfeit Green Card and counterfeit Social Security card from an unidentified individual for $200. He then submitted those false documents to managers at the restaurant so a fraudulent Form I-9 could be completed.

The government has no knowledge of the defendant having any criminal history. He is not known as a risk to the community.

Deterrence is satisfied by the felony conviction itself, as the felony conviction will cause the defendant to receive enhanced criminal penalties should he unlawfully return to the United States.

### D. Sentencing Options

The maximum term of imprisonment for the offense of conviction is 5 years. The applicable Guidelines range is 0-6 months' imprisonment. The government does not believe an upward variance is appropriate. The defendant has been detained since January 16, 2026, and the government believes that a "time served" sentence would be sufficient. The government believes that the defendant does not have the financial resources to pay a fine, and the government does not request that a fine be imposed.

## II. TIME ESTIMATE

The proceeding will be a combined plea and sentencing hearing. Each phase of the proceeding must be interpreted to the defendant in Spanish, which will likely extend the proceedings. The government does not intend to call any witnesses, and the government does not have any pending objections. The government estimates that the time to complete the combined proceeding will be one hour or less.

**III. CONCLUSION**

The government submits that a sentence of "time served" would be sufficient but not greater than necessary to meet the purposes of sentencing.

                        Respectfully submitted,

                        MOORE CAPITO
                        United States Attorney

By:
                        <u>s/Jonathan T. Storage</u>
                        JONATHAN T. STORAGE
                        Assistant United States Attorney
                        WV State Bar No. 12279
                        300 Virginia Street, East
                        Room 4000
                        Charleston, WV 25301
                        Telephone: 304-345-2200
                        Fax: 304-347-5104
                        E-mail: Jonathan.Storage@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing "GOVERNMENT'S SENTENCING MEMORANDUM" has been electronically filed and service has been made on opposing counsel by virtue of electronic mail this the 8th day of March, 2026, to:

>David O. Schles, Esq.
>815 Quarrier Street, Suite 306
>Charleston, WV 25301
>Email: schleslaw@gmail.com

>s/Jonathan T. Storage
>JONATHAN T. STORAGE
>Assistant United States Attorney